**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-1059**

———————————

TIMOTHY R. GEORGE,

                                        Plaintiff - Appellant,

        versus

MARY HANNAH; ANY AND ALL DOES, each in their
individual capacity,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CA-05-74-F-5)

———————————

Submitted: May 16, 2006                  Decided: May 22, 2006

———————————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Timothy R. George, Appellant Pro Se.  Jonathan Samuel Cohen, Mary
Roccapriore Pelletier, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy R. George appeals the district court's order denying relief on his action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>George v. Hannah</u>, No. CA-05-74-F-5 (E.D.N.C. Sept. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>